UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| HANSANA VONGKAYSONE, ) | |
| ) | |
| v.   ) | Crim. No.   04-43-P-S |
| ) | Civil No. 06-170 |
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| **Defendant**   ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 9) filed March 19, 2007, the Recommended Decision is AFIRMED.

Accordingly, it is ORDERED that the Plaintiff's 28 U.S.C. §2255 motion is DENIED.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

Dated this 9th day of April, 2007.